United States District Court
Southern District of Texas
**ENTERED**
May 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO MORA ESPINOZA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00534 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

On January 23, 2026, Petitioner Jose Antonio Mora Espinoza ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1.  On May 5, 2026, Respondents filed an Advisory notifying the Court that "Enforcement and Removal Operations, a directorate of United States Immigration and Customs Enforcement" planned "to move forward with removal (5) days from the filing of this notice."  Doc. #7. Petitioner has not filed a response to the Advisory.

The parties are ORDERED to file a status report no later than May 25, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

**MAY 1 9 2026**
Date

The Honorable Alfred H. Bennett
United States District Judge